## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., | ) | Case No. 01-10262 |
| WIRELESS LOCATION | ) | through  01-10264 |
| TECHNOLOGIES, INC. AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| THE LIQUIDATION TRUST OF U.S. WIRELESS | ) | |
| CORPORATION, INC., WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 03-55655 (PJW) |
| NICHOLAS BORUTA, | ) | |
| | ) | JURY TRIAL |
| | ) | DEMANDED |
| Defendant. | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION WITHDRAWING THE REFERENCE

The undersigned, counsel to defendant Nicholas Boruta, hereby certifies as follows:

1.    On August 29, 2001, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") designated as Case Nos. 01-10262 through 01-10264 (PJW) (the "Bankruptcy Case").

2.    On June 10, 2003, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order")

confirming the Debtors' Second Amended Consolidated Chapter 11 Plan of Liquidation (the "Plan").

     3.    Pursuant to the Plan and Confirmation Order, the Liquidating Trust was assigned exclusive authority to pursue and prosecute certain Bankruptcy Causes of Action (as defined in the Plan) consisting primarily of causes of action brought under chapter 5 of the Bankruptcy Code to avoid preferential transfers.

     4.    On August 28, 2003, the Liquidating Trust commenced the above referenced action in the Bankruptcy Court by filing a compliant (the "Complaint") captioned as *Liquidating Trust of U.S. Wireless Corporation, et al. v. Nicholas Boruta*, Adv. Proc. No. 03-55655 (the "Adversary Proceeding") seeking to avoid and recover certain alleged transfers totaling $144,157.58 made by the Debtors to or on behalf of Mr. Boruta.

     5.    Attached hereto as Exhibit "1" is a proposed form of order (the "Proposed Order") approving the **Stipulation Withdrawing the Reference** (the "Stipulation"), a copy of which is attached to the Proposed Order as Exhibit "A."

     6.    The Liquidating Trust and Nicholas Boruta, the parties to the Stipulation, ask that the Court approve the Stipulation without the need for further notice and a hearing.

     7.    The parties are available at the Court's convenience to discuss this matter should the Court have any questions.

Dated: June 16, 2005          By:_____

                           Linda Richenderfer (No. 4138)
                           Chad J. Toms (No. 4155)
                           **SAUL EWING LLP**
                           222 Delaware Avenue, Suite 1200
                           P.O. Box 1266
                           Wilmington, DE 19899
                           (302) 421-6800