# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) ) | Case No. 01-10262 through 01-10264 |
| Debtors. | ) ) ) | |
| THE LIQUIDATION TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary Proceeding No. 03-55655 (PJW) |
| NICHOLAS BORUTA, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

### STIPULATION WITHDRAWING THE REFERENCE

THIS STIPULATION is dated June 16, 2005, by and between the Plaintiff, the Liquidating Trust (the "Liquidating Trust") of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc. and Wireless Location Services, Inc. (collectively, the "Debtors"), and the defendant, Nicholas Boruta (the "Mr. Boruta"), by and through their undersigned counsel.

WHEREAS, on August 29, 2001, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") designated as Case Nos. 01-10262 through 01-10264 (PJW) (the "Bankruptcy Case"); and

WHEREAS, on June 10, 2003, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the Debtors' Second Amended Consolidated Chapter 11 Plan of Liquidation (the "Plan"); and

WHEREAS, pursuant to the Plan and Confirmation Order, the Liquidating Trust was assigned exclusive authority to pursue and prosecute certain Bankruptcy Causes of Action (as defined in the Plan) consisting primarily of causes of action brought under chapter 5 of the Bankruptcy Code to avoid preferential transfers; and

WHEREAS, on August 28, 2003, the Liquidating Trust commenced the above referenced action in the Bankruptcy Court by filing a compliant (the "Complaint") captioned as *Liquidating Trust of U.S. Wireless Corporation, et al. v. Nicholas Boruta*, Adv. Proc. No. 03-55655 (the "Adversary Proceeding") seeking to avoid and recover certain alleged transfers totaling $144,157.58 made by the Debtors to or on behalf of Mr. Boruta; and

WHEREAS, Mr. Boruta has denied any potential liability with respect to the Adversary Proceeding; and

WHEREAS, Mr. Boruta has demanded a jury trial in this Adversary Proceeding; and

WHEREAS, the parties have agreed to a withdrawal of the reference under 28 U.S.C. § 157(d) as indicated herein, subject to approval by the Court;

NOW THEREFORE, it is hereby stipulated, subject to approval by the Court, that the Plaintiff and the Defendant consent to the District Court's withdrawal of the reference under 28 U.S.C. § 157(d).

| | |
|---|---|
| Joanne B. Wills (No. 2357)<br>Jennifer L. Scoliard (No. 4147)<br>**KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP**<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 426-1189<br><br>Attorneys for the Liquidating Trust<br><br>Dated: June 14, 2005 | Linda Richenderfer (No. 4138)<br>Chad J. Toms (No. 4155)<br>**SAUL EWING LLP**<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>Attorneys for Defendant<br>Nicholas Boruta<br><br>Dated: June 16, 2005 |