# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) ) | Case No. 01-10262 through 01-10264 |
| Debtors. | ) ) | |
| THE LIQUIDATION TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary Proceeding No. 03-55655 (PJW) |
| NICHOLAS BORUTA, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## ORDER APPROVING STIPULATION WITHDRAWING THE REFERENCE

The parties, having filed the Stipulation Withdrawing the Reference, a copy of which is attached hereto as Exhibit A (the "Stipulation"), and

This Court having considered the Stipulation and finding good cause to confirm the terms thereof,

IT IS HEREBY ORDERED that the Stipulation is approved and the reference under 28 U.S.C. § 157(d) is hereby withdrawn.

_____
J

Dated: _____

521829.1 6/16/05

-1-