**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

**Date:** June 17, 2005

**To:** Clerk of Court
US District Court
District of Delaware
Wilmington, DE 19801

**Re:** **Adversary Case: 03-55655 (PJW)**
**Related BK Case: 01-10262- Through 01-10264 (PJW)**

On June 16th in the U.S. Bankruptcy Court, District of Delaware, Counsel filed a Certification of Counsel Withdrawing the Reference along with the Stipulation and a Proposed Order for signature in the United States District Court, District of Delaware. All PDF's that relate to this matter is being sent to you along with the transmittal.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely

*Sandra D. Jackson*
Sandra D.. Jackcson
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____day of ____2005.

By:_____
   Deputy Clerk

_____Supervisor

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 03-55655-(PJW)
**Related Bankruptcy Case #:** 01-10262 Through 01-10264 (PJW)
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sandra D. Jackson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | (454-Recover Money or Property) |
| **Cause of Transmittal:** | (i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | The Liquidation Trust of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc. and Wireless Location Services, Inc. V. Nicholas Boruta, |

**Plaintiff's Counsel:**

Jennifer Lee Scoliard
Klehr Harrrison Harvey Branzburg & Eller
919 Market Street
Suite 1000
Wilmington, DE 19801
302-552-5510
Fax : 302-426-9193
Email: jscoliard@klehr.com

Joanne Bianco Wills
Klehr Harrison Harvey Branzburg & Ellers
919 Market St.,Suite 1000
Suite 1000
Wilmington, DE 19801
302 426-1189
Email: jwills@klehr.com

**Defendant's Counsel:**

Chad Joseph Toms
Saul Ewing LLP
222 Delaware Ave.
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302-421-6895
Fax : 302-421-5888
Email: ctoms@saul.com

**Jeremy W. Ryan**
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19899
usa
302-421-6805
Fax : 302-421-5861
Email: jryan@saul.com

**\*Briefing was not submitted due to parties Stipulating to Withdrawal of Reference\***