IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>U.S. WIRELESS CORPORATION, INC.,<br>WIRELESS LOCATION<br>TECHNOLOGIES, INC. AND WIRELESS<br>LOCATION SERVICES, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-10262<br>through 01-10264<br><br>05-411 GMS |
| THE LIQUIDATION TRUST OF U.S. WIRELESS<br>CORPORATION, INC., WIRELESS LOCATION<br>TECHNOLOGIES, INC., AND WIRELESS<br>LOCATION SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BORUTA,<br><br>Defendant. | FILED<br>JUL 18 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br><br>Adversary Proceeding<br>No. 03-55655 (PJW)<br><br>JURY TRIAL<br>DEMANDED |

**ORDER APPROVING STIPULATION WITHDRAWING THE REFERENCE**

The parties, having filed the Stipulation Withdrawing the Reference, a copy of which is attached hereto as Exhibit A (the "Stipulation"), and

This Court having considered the Stipulation and finding good cause to confirm the terms thereof,

IT IS HEREBY ORDERED that the Stipulation is approved and the reference under 28 U.S.C. § 157(d) is hereby withdrawn.

Dated: July 18, 2005

521829 1 6/16/05

-1-