IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQUIDATION TRUST OF U.S. WIRELESS, et al. | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) ) Civil Action No. 05-411 GMS ) |
| NICHOLAS BORUTA | ) ) |
| Defendant | ) ) |

**ORDER**

WHEREAS, on June 17, 2005, a stipulation to withdraw the reference was filed by the parties (D.I. 1);

WHEREAS, on July 18, 2005, an Order was entered granting the motion to withdraw the reference (D.I. 3);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. Counsel are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If counsel fail to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

September __27__, 2007