# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORPORATION, INC., | : | Case No. 01-10262 |
| WIRELESS LOCATION | : | through 01-10264 (CSS) |
| TECHNOLOGIES, INC., AND WIRELESS | : | |
| LOCATION SERVICES, INC., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| THE LIQUIDATING TRUST OF U.S. | : | |
| WIRELESS CORPORATION, INC., | : | |
| WIRELESS LOCATION | : | |
| TECHNOLOGIES, INC., AND WIRELESS | : | |
| LOCATION SERVICES, INC., | : | Adv. Pro. No. 03-55655 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| NICHOLAS BORUTA, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| THE LIQUIDATING TRUST OF U.S. | : | |
| WIRELESS CORPORATION, INC. *ET AL.* | : | |
| | : | |
| Plaintiff, | : | Case No. 05-411 (GMS) |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS BORUTA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
        DISTRICT OF DELAWARE

DEL1 67218-1

PLEASE TAKE NOTICE that, Jennifer Scoliard, Esq. is no longer associated with the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP.  Therefore, please remove Jennifer Scoliard from the service list in this case.

PLEASE TAKE FURTHER NOTICE that, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby enters his appearances as counsel of record for the above-captioned plaintiff and requests to be added to the service list in the above-captioned case.

Dated:  October 24, 2007               KLEHR, HARRISON, HARVEY,
                                       BRANZBURG & ELLERS LLP


                                       By:    /s/ Christopher A. Ward
                                              Joanne B. Wills (#2357)
                                              Christopher A. Ward (#3877)
                                              919 Market Street, Suite 1000
                                              Wilmington, DE  19801-3062
                                              (302) 426-1189
                                              (302) 426-9193 (fax)

                                              Counsel to the Liquidating Trust of
                                              U.S. Wireless Corporation, *et al.*

DEL1 67218-1